FARRAR *et al.* v. PHENIX INSURANCE COMPANY, appellant.

APPEAL by defendant from a judgment entered on a report of a referee in favor of plaintiffs.

The action was brought by Chilion M. Farrar and John Trefts, against The Phenix Insurance Company of Brooklyn, to recover for materials furnished and work done by plaintiff in repairing a steam boiler. Workmen who had assisted in making the repairs testified that it was well done. On the part of the defense, it was shown that the first time the boiler was used, after repairs, it leaked, but some of the witnesses attributed the leaking to the failure of defendant to keep enough water in the boiler. The referee before whom the cause was tried, having found for the plaintiff on the evidence, the general term refused to disturb the finding.

*Thad. C. Davis,* for appellant.

*Williams & Potter,* for respondent

MULLIN, P. J.

*Judgment affirmed.*